IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI - WESTERN DIVISION

| | | |
|---|---|---|
| STEVE WILDMAN AND JON BORCHERDING, INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE AMERICAN CENTURY RETIREMENT PLAN, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CASE NO. 16-CV-737 |
| v. | ) ) | |
| AMERICAN CENTURY SERVICES, LLC, THE AMERICAN CENTURY RETIREMENT PLAN RETIREMENT COMMITTEE, AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., AMERICAN CENTURY COMPANIES, INC., CHRISTOPHER BOUFFARD, BRADLEY C. CLOVERDYKE, JOHN A. LEIS, TINA S. USSERY-FRANKLIN, MARGARET E. VAN WAGONER, GUDRUN S. NEUMANN, JULIE A. SMITH, MARGIE A. MORRISON, AND JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants American Century Services, LLC, the American Century Retirement Plan Retirement Committee, American Century Investment Management, Inc., American Century Companies, Inc., Christopher Bouffard, Bradley C. Cloverdyke, John A. Leis, Tina S. Ussery-Franklin, Margaret E. Van Wagoner, Gudrun S. Neumann, Julie A. Smith, and Margie A. Morrison ("Defendants") respectfully move this Court for an Order dismissing Plaintiffs' Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6), as more fully set forth in the accompanying Suggestions in Support of Defendants' Motion to Dismiss the Complaint, and granting such other and further relief as the Court deems just and proper.

There are several grounds for this motion. First, Plaintiffs' claims are time-barred under the three-year state of limitations contained in the Employee Retirement Income Security Act of 1974, as amended. Second, the Complaint fails to state cognizable claims under Federal Rule of Civil Procedure 12(b)(6).

Dated: August 18, 2016                                  Respectfully submitted,

                                                        **BRYAN CAVE LLP**

                                                        By: */s/ W. Perry Brandt*
                                                            W. Perry Brandt          MO # 28292
                                                            1200 Main Street, Suite 3500
                                                            Kansas City, MO 64105
                                                            (816) 374-3200
                                                            (816) 374-3300 (Fax)
                                                            perry.brandt@bryancave.com

                                                        **GOODWIN PROCTER LLP**
                                                        James O. Fleckner (*admitted pro hac*)
                                                        Alison V. Douglass (*admitted pro hac*)
                                                        Dave Rosenberg (*admitted pro hac*)
                                                        100 Northern Avenue
                                                        Boston, MA 02210

1

(617) 570-1000
(617) 523-1231 (Fax)
jfleckner@goodwinlaw.com
adouglass@goodwinlaw.com
drosenberg@goodwinlaw.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 18th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Michael F. Brady
Mark Kistler
Brady & Associates
10985 Cody Street, Suite 135
Overland Park, Kansas 66210
Phone: (913) 696-0925
Fax: (913) 696-0468
Email: brady@mbradylaw.com

Kai H. Richter
Carl F. Engstrom
Jacob T. Schutz
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
Email: krichter@nka.com

Attorneys for Plaintiff

                                                *s/ W. Perry Brandt*
                                                W. Perry Brandt