IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI - WESTERN DIVISION

| | |
|---|---|
| STEVE WILDMAN AND JON BORCHERDING, INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE AMERICAN CENTURY RETIREMENT PLAN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. 16-CV-737 |
| v. | )<br>) |
| AMERICAN CENTURY SERVICES, LLC, THE AMERICAN CENTURY RETIREMENT PLAN RETIREMENT COMMITTEE, AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., AMERICAN CENTURY COMPANIES, INC., CHRISTOPHER BOUFFARD, BRADLEY C. CLOVERDYKE, JOHN A. LEIS, TINA S. USSERY-FRANKLIN, MARGARET E. VAN WAGONER, GUDRUN S. NEUMANN, JULIE A. SMITH, MARGIE A. MORRISON, AND JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS'
RELEASES AND COVENANTS NOT TO SUE**

Defendants American Century Services, LLC, the American Century Retirement Plan Retirement Committee, American Century Investment Management, Inc., American Century Companies, Inc., Christopher Bouffard, Bradley C. Cloverdyke, John A. Leis, Tina S. Ussery-Franklin, Margaret E. Van Wagoner, Gudrun S. Neumann, Julie A. Smith, and Margie A. Morrison ("Defendants") respectfully move this Court for an Order (i) dismissing Plaintiffs' Complaint in its entirety pursuant to Federal Rule of Civil Procedure 56 on the grounds that Plaintiffs have released claims against Defendants under ERISA, and covenanted to not sue Defendants regarding the same, and (ii) granting such other and further relief as the Court deems just and proper. The grounds for this motion are more fully set forth in the accompanying Suggestions in Support of Defendants' Motion for Summary Judgment as to Plaintiffs' Releases and Covenants Not to Sue.

Dated: August 18, 2016

Respectfully submitted,

**BRYAN CAVE LLP**

By: */s/ W. Perry Brandt*
    W. Perry Brandt    MO # 28292
    1200 Main Street, Suite 3500
    Kansas City, MO 64105
    (816) 374-3200
    (816) 374-3300 (Fax)
    perry.brandt@bryancave.com

**GOODWIN PROCTER LLP**
James O. Fleckner (*admitted pro hac*)
Alison V. Douglass (*admitted pro hac*)
Dave Rosenberg (*admitted pro hac*)
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
(617) 523-1231 (Fax)

jfleckner@goodwinlaw.com
adouglass@goodwinlaw.com
drosenberg@goodwinlaw.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 18th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Michael F. Brady
Mark Kistler
Brady & Associates
10985 Cody Street, Suite 135
Overland Park, Kansas 66210
Phone: (913) 696-0925
Fax: (913) 696-0468
Email: brady@mbradylaw.com

Kai H. Richter
Carl F. Engstrom
Jacob T. Schutz
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
Email: krichter@nka.com

Attorneys for Plaintiff

                *s/ W. Perry Brandt*
                W. Perry Brandt

3

ACTIVE/87264514.1  Case 4:16-cv-00737-DGK  Document 19  Filed 08/18/16  Page 4 of 4