IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI - WESTERN DIVISION

WILDMAN, et al.,

        Plaintiffs,

v.

AMERICAN CENTURY SERVICES, LLC, et al.,

        Defendants.

No. 16-CV-737 (DGK)

# DEFENDANTS' WITNESS LIST

Pursuant to this Court's order dated May 31, 2018 (Dkt. No. 192), Defendants respectively submit the list of all witnesses they may call at trial. Defendants reserve their right to call or examine any witness designated by Plaintiffs in this case. Defendants additionally reserve their right to supplement or amend this list up to and including the time of trial, or to designate other witnesses in rebuttal or otherwise, up to and during the trial of this matter.

|    | Name              | Fact/Expert |
|----|-------------------|-------------|
| 1. | Patrick Bannigan  | Fact        |
| 2. | Janice Beatty     | Fact        |
| 3. | Lisa Benson       | Fact        |
| 4. | Jon Borcherding   | Fact        |
| 5. | Chris Bouffard    | Fact        |
| 6. | Brad Cloverdyke   | Fact        |
| 7. | Chat Cowherd      | Fact        |
| 8. | Diane Gallagher   | Fact        |

| | | |
|---|---|---|
| 9. | Mark Gilstrap | Fact |
| 10. | Lisa Lattan | Fact |
| 11. | John Leis | Fact |
| 12. | Kathleen Mann | Expert |
| 13. | Margie Morrison | Fact |
| 14. | Gudrun Neumann | Fact |
| 15. | Julie Smith | Fact |
| 16. | Bruce Strombom | Expert |
| 17. | Tina Ussery-Franklin | Fact |
| 18. | Margaret Van Wagoner | Fact |
| 19. | Russell Wermers | Expert |
| 20. | Steve Wildman | Fact |

Dated: July 24, 2018

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ W. Perry Brandt*
W. Perry Brandt   MO # 28292
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200
(816) 374-3300 (Fax)
perry.brandt@bclplaw.com

**GOODWIN PROCTER LLP**
James O. Fleckner (*admitted pro hac vice*)
John J. Falvey (*admitted pro hac vice*)
Alison V. Douglass (*admitted pro hac vice*)
Paul Nemser (*admitted pro hac vice*)
Dave Rosenberg (*admitted pro hac vice*)
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
(617) 523-1231 (Fax)
jfleckner@goodwinlaw.com
jfalvey@goodwinlaw.com
adouglass@goodwinlaw.com
pnemser@goodwinlaw.com
drosenberg@goodwinlaw.com

Samuel J. Rubin (*admitted pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
(212) 355-3333 (Fax)
srubin@goodwinlaw.com

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of July 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Michael F. Brady
Mark A. Kistler
Brady & Associates
10985 Cody Street, Suite 135
Overland Park, Kansas 66210
Phone: (913) 696-0925
Fax: (913) 696-0468
Email: brady@mbradylaw.com

Kai H. Richter
Carl F. Engstrom
Jacob T. Schutz
Jennifer K. Lee
James H. Kaster
Paul J. Lukas
Brock J. Specht
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
Email: krichter@nka.com

Attorneys for Plaintiffs

*/s/ W. Perry Brandt*
Attorney for Defendants