# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| STEVE WILDMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:16-CV-00737-DGK |
| | ) |
| AMERICAN CENTURY SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR IN PERSON FINAL PRETRIAL CONFERENCE

Now before the Court is Plaintiffs' motion for an in person pretrial conference (Doc. 214). This case is set for a final pretrial conference at 10:00 a.m. on July 31, 2018. The scheduling and trial order indicates the pretrial conference is held via a teleconference.

Plaintiffs seek an in person hearing for two reasons: (1) to resolve remaining evidentiary issues; and (2) to visit the courtroom prior to trial to assist in planning. Plaintiffs' motion is denied. Typically the Court handles all pretrial conferences through a teleconference and the reasons put forth by the Plaintiffs do not warrant departure from this norm. Additionally, the Court has a very full docket on July 31, 2018, and would have difficulty accommodating an in person hearing.

However, the parties are welcome to contact the Court to schedule a visit of the courtroom and to meet with the technology department to test the equipment prior to the trial.

Accordingly, Plaintiffs' motion is denied.

**IT IS SO ORDERED.**

Date: July 25, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT