IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEVE WILDMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:16-cv-00737-DGK |
| | ) |
| AMERICAN CENTURY SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Defendants' Motion for Summary Judgment is granted in part. (Order, Doc. 54)
Defendants' Motion for Summary Judgment is granted in part. (Order, Doc. 185)
Judgment is entered in favor of Defendants on all remaining claims. (Doc. 304)


 February 6, 2019            Paige Wymore-Wynn
Dated                        Clerk of Court

 February 6, 2019            /s/ Tracy Strodtman
Entered                      (by) Deputy Clerk